UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAKOBY MICKEL,

    Plaintiff,

v.

CITY OF LANSING, et al.,

    Defendants.
_____/

Case No. 1:23-cv-915

Hon. Hala Y. Jarbou

## ORDER

On September 5, 2023, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that Plaintiff's claims against the City of Lansing and the DeWitt Township Police Department be dismissed for failure to state a claim and that the Court direct service on Defendant Clyde Smith (ECF No. 6). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on September 19, 2023. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants City of Lansing and the Dewitt Township Police Department are dismissed for failure to state a claim.

**IT IS FURTHER ORDERED** that that the Clerk shall forward the complaint to the U.S. Marshals Service, which is authorized to mail a request for waiver of service to each Defendant in the manner prescribed by Fed. R. Civ. P. 4(d)(2). If waiver of service is unsuccessful, summons

shall issue and be forwarded to the U.S. Marshals Service for service under 28 U.S.C. § 1915(d).

Dated: September 28, 2023           /s/Hala Y. Jarbou
                                    HALA Y. JARBOU
                                    CHIEF UNITED STATES DISTRICT JUDGE